SO ORDERED.

Dated: January 14, 2010

_____
REDFIELD T. BAUM, SR
U.S. Bankruptcy Judge

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-24587/7072949014

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-bk-24015-RTB |
| Judith Ann Van Essen<br>       Debtor. | Chapter 7 |
| PHH Mortgage Corporation<br>       Movant,<br>  vs.<br>Judith Ann Van Essen, Debtor, Roger W. Brown, Trustee.<br>       Respondents. | ORDER<br><br>(Related to Docket #17) |

      Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

…

…

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated May 28, 1997 and recorded in the office of the Maricopa County Recorder wherein PHH Mortgage Corporation is the current beneficiary and Judith Ann Van Essen has an interest in, further described as:

> Lot 28, DESERT MOUNTAIN, PHASE I, UNIT 1, according to Book 293 of Maps, Page 41, records of Maricopa County, Arizona, AND a portion of Lot 27, DESERT MOUNTAIN, PHASE I, UNIT 1, according to Book 293 of Maps, Page 41, records of Maricopa County, Arizona, to become Lot 28, described as follows:
>
> Beginning at the Southwest corner of said Lot 28;
>
> thence North 12 degrees 55 minutes 45 seconds West 270.13 feet along the West line of said Lot 28, to an angle point;
>
> thence North 86 degrees 42 minutes 08 seconds East, 45.75 feet to an angle point;
>
> thence North 06 degrees 40 minutes 13 seconds East 118.809 feet along the West line of said Lot 28, to the Northwest corner of said Lot 28;
>
> thence North 83 degrees 45 minutes 52 seconds East 62.88 feet along the North line of said Lot 28, to the existing Northeast corner of said Lot 28, and the existing Northwest corner of Lot 27;
>
> thence continuing North 83 degrees 45 minutes 52 seconds East, 82.65 feet, along the North line of said Lot 27, to the new Northeast corner of said Lot 28, and the new Northwest corner of the new Lot 26;
>
> thence South 08 degrees 42 minutes 59 seconds east 307.28 feet to a point on the South line of said Lot 27, and the new Southeast corner of said Lot 28, and the new Southwest corner of the new Lot 26;
>
> thence South 70 degrees 02 minutes 50 seconds West, 20.41 feet, along said South line to a property corner; .
>
> thence along a curve to the left with a radius of 735.23 feet, a chord bearing of South 68 degrees 21 minutes 51 seconds West, an arc length of 43.19 feet along said South line to the existing Southwest corner of said Lot 27 and the existing Southeast corner of said Lot 28;
>
> thence continuing along said curve to the left with a radius of 735.23 feet, a chord bearing of South 60 degrees 49 minutes 40 seconds West, an arc length of 150.23 feet, along said South line to the Point of Beginning.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance

Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2010.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT